**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-33695 |
| James Amedeo | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date: 4/5/13
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 3/6/13                By: /s/ Joji Takada
                                          Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
James Amedeo § Case No. 12-33695
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 1,020.71 |
| leaving a balance on hand of[1] | $ | 11,479.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: Joji Takada | $ 8.75 | $ 0.00 | $ 8.75 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,008.75 |
| Remaining Balance | $ 9,470.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,267.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fia Card Services N.A. | $ 18,751.60 | $ 0.00 | $ 3,532.84 |
| 2 | Amalgamated Bank | $ 7,862.08 | $ 0.00 | $ 1,481.23 |
| 3 | Citibank N.A. | $ 23,654.04 | $ 0.00 | $ 4,456.47 |

Total to be paid to timely general unsecured creditors   $ 9,470.54

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-33695-BWB
James Amedeo                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2            Date Rcvd: Mar 07, 2013
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2013.
db          +James Amedeo,    17816 Mitchell St.,    Lockport, IL 60441-4774
19358559    +AT&T Universal Platinum Card,    PO Box 650,    Sioux Falls, SD 57101-0650
19358560     AT&T Unuversal Card Processing Cent,    Des Moines, IA 50363-0001
19358557    +Amalgamated Bank,    1 West Monroe,    Chicago, IL 60603-5384
19358558     American Express,    Traditional Green Card,    Box 0001,    Los Angeles, CA 90096-8000
19358561     Bank of America,    World Points,    PO Box 851001,    Dallas, TX 75285-1001
19358562     Cardmember Services,    Slate,    PO Box 15153,    Wilmington, DE 19886-5153
19358563     Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
19358564     Discover Personal Loans,    PO Box 6105,    Carol Stream, IL 60197-6105
19556801     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19358566     HSBC Retail Services,    Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
19358565     Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218-2676
19358568     State Farm Bank,    PO Box 5961,    Madison, WI 53705-0961
19358569     Willow Walk Homeowners Association,    c/o AMG Management Group, LLC,    PO Box 66211,
              Phoenix, AZ 85082-6211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19721280     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2013 03:19:06     Citibank, N.A.,
              c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
19358567     E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:43     Lowes/GECRB,    PO Box 530914,
              Atlanta, GA 30353-0914
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: lhuley               Page 2 of 2            Date Rcvd: Mar 07, 2013
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2013 at the address(es) listed below:
        David P Lloyd   on behalf of Debtor James  Amedeo courtdocs@davidlloydlaw.com
        David P Lloyd   on behalf of Plaintiff James  Amedeo courtdocs@davidlloydlaw.com
        Joji  Takada   on behalf of Trustee Joji  Takada trustee@takadallc.com,
         jtakada@ecf.epiqsystems.com
        Joji  Takada   trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 5