UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
         §
James Amedeo   §   Case No. 12-33695
         §
     Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| American Auction Associates Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Amalgamated Bank | | | | | |
| 3 | Citibank N.A. | | | | | |
| 1 | Fia Card Services N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-33695 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | James Amedeo | | | | Date Filed (f) or Converted (c): | 08/24/2012 (f) |
| | | | | | 341(a) Meeting Date: | 09/17/2012 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 12/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 17816 Mitchell Street, Lockport, Illinois 60441 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 75.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with Harris | 2,900.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Bank of America | 50.00 | 0.00 | | 0.00 | FA |
| 5. Savings account with Midwest Operator Engineers Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 680.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 8. Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Jeep Grand Cherokee | 23,000.00 | 0.00 | | 0.00 | FA |
| 10. 1989 Searay Sundancer boat | 18,500.00 | 12,500.00 | | 12,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $296,005.00 | $12,500.00 | | $12,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

101012--Sold boat at auction.
122112--TFR submitted to UST for review.

Initial Projected Date of Final Report (TFR): 08/24/2012     Current Projected Date of Final Report (TFR): 08/24/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-33695 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: James Amedeo | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX8605 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1413 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/12 | 10 | American Auction Associates Inc. 8515 South Thomas Avenue Bridgeview, Illinois 60455 | Proceeds from sale Gross proceeds from sale of Sundancer boat | 1129-000 | $12,500.00 | | $12,500.00 |
| 10/10/12 | 1001 | American Auction Associates Inc. 8515 South Thomas Avenue Bridgeview, Illinois 60455 | Administrative Expense Auctioneer expenses | 2500-000 | | $1,020.71 | $11,479.29 |
| 02/12/13 | | Transfer to Acct # xxxxxx8403 | Transfer of Funds | 9999-000 | | $11,479.29 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $11,479.29 |
| Subtotal | $12,500.00 | $1,020.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $1,020.71 |

Page Subtotals: $12,500.00 $12,500.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-33695 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | James Amedeo | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8403 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1413 | Blanket Bond (per case limit): | |
| For Period Ending: | 07/02/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8605 | Transfer of Funds | 9999-000 | $11,479.29 | | $11,479.29 |
| 04/10/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,000.00 | $9,479.29 |
| 04/10/13 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $8.75 | $9,470.54 |
| 04/10/13 | 100003 | Fia Card Services N. A.<br>Fia Card Services, N.A.<br>4161 Piedmont Parkway<br>Nc4 105 03 14<br>Greensboro, Nc 27410 | Final distribution per court order. | 7100-000 | | $3,532.84 | $5,937.70 |
| 04/10/13 | 100004 | Amalgamated Bank<br>1 West Monroe<br>Chicago, Il 60603 | Final distribution per court order. | 7100-000 | | $1,481.23 | $4,456.47 |
| 04/10/13 | 100005 | Citibank N. A.<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution per court order. | 7100-000 | | $4,456.47 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,479.29 | $11,479.29 |
| Less: Bank Transfers/CD's | $11,479.29 | $0.00 |
| Subtotal | $0.00 | $11,479.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,479.29 |

Page Subtotals: $11,479.29  $11,479.29

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX8403 - Checking | $0.00 | $11,479.29 | $0.00 |
| XXXXXX8605 - Checking Account | $12,500.00 | $1,020.71 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |

Page Subtotals: $0.00 $0.00